AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101 111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shubb, William B. | U. S. District Court | 04/14/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Court Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 501 I Street Suite 14-210 Sacramento, CA 95814 | Reviewing Officer_____ _____ Date_____ _____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | University of the Pacific, McGeorge School of Law |
| 2. Adjunct Professor | University of California, Davis, School of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Shubb, William B.

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank America (Checking) | A | Interest | K | T | | | | | |
| 3. Bank America (Maximizer) | A | Interest | J | T | | | | | |
| 4. 1st Community Credit Union | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. ANNUITIES | | | | | | | | | |
| 7. American Skandia | | None | M | T | | | | | |
| 8. Venture Annuity | | None | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. LIMITED PARTNERSHIPS | | | | | | | | | |
| 11. Municipal Mortg. & Equity | B | Dividend | K | W | | | | | |
| 12. | | | | | | | | | |
| 13. RAYMOND JAMES IRA | | | | | | | | | |
| 14. Government Strips | | None | J | T | | | | | |
| 15. Capstead Mortgage | A | Dividend | J | T | | | | | |
| 16. RJ Bank Dep. | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D = $5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RAYMOND JAMES ACCOUNT #1 | | | | | | | | | |
| 19. Eagle Muni Cash Trust, fmrly known as Heritage Cash TrustMun | A | Dividend | J | T | | | | | |
| 20. Evergreen Strategic Muni Fund | A | Dividend | J | T | | | | | |
| 21. Franklin CA High Yield Muni | C | Dividend | K | T | | | | | |
| 22. Seligman CA Hi Yld Muni | C | Dividend | L | T | | | | | |
| 23. Van Kampen Hi Yld Muni | B | Dividend | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. RAYMOND JAMES ACCOUNT #2 | | | | | | | | | |
| 26. Eagle Muni Cash Trust, fmrly known as Heritage Cash TrusMuni | A | Dividend | J | T | Sold (part) | 05/26/09 | L | | |
| 27. Alliance Muni Income Ins'd CA | B | Dividend | K | T | | | | | |
| 28. Franklin Income Fund | C | Dividend | L | T | | | | | |
| 29. Franklin Strategic Income Fund | C | Dividend | L | T | | | | | |
| 30. Highland Capital Floating Rate | B | Dividend | K | T | | | | | |
| 31. Oppenheimer Senior Fltg Rate | A | Dividend | J | T | | | | | |
| 32. Van Kampen Equity Income Fund | A | Dividend | K | T | | | | | |
| 33. Citizens Bank 2.55% 6/01/11 CD | A | Dividend | L | T | Buy | 05/26/09 | L | | |
| 34. Preferred Bank 1.15% 5/28/10 | A | Dividend | L | T | Buy | 05/26/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V - Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income. value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. WACHOVIA IRA | | | | | | | | | |
| 37. Equally Weighted S&P Fund | A | Dividend | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. WACHOVIA -⌐ | | | | | | | | | |
| 40. Bank sweep acct. | A | Dividend | K | T | Sold (part) | 03/30/09 | J | | |
| 41. Boeing | A | Dividend | K | T | | | | | |
| 42. Chevron | A | Dividend | K | T | | | | | |
| 43. Coca Cola | A | Dividend | K | T | Buy (add'l) | 03/30/09 | J | | |
| 44. General Electric | A | Dividend | K | T | | | | | |
| 45. Intel | A | Dividend | K | T | | | | | |
| 46. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 47. | | | | | | | | | |
| 48. IRA -⌐ | | | | | | | | | |
| 49. Wachovia Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 50. Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 51. Apache Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sempra Energy | A | Dividend | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. IRA/ROLLOVER of HR-10 | | | | | | | | | |
| 55. Wachovia Bank Sweep Acct. | A | Dividend | J | T | Sold (part) | 03/24/09 | L | | |
| 56. | | | | | Sold (part) | 09/29/09 | J | | |
| 57. Franklin Income Fund | C | Dividend | L | T | Buy (add'l) | 09/29/09 | J | | |
| 58. Equally Weighted S&P 500 | A | Dividend | L | T | | | | | |
| 59. Dividend Growth Fund | A | Dividend | M | T | | | | | |
| 60. JPM International Value Fund | A | Dividend | K | T | | | | | |
| 61. Abbot Labs | A | Dividend | K | T | | | | | |
| 62. A T & T | B | Dividend | K | T | Buy (add'l) | 03/24/09 | J | | |
| 63. Boeing | A | Dividend | K | T | | | | | |
| 64. Bristol Meyers | A | Dividend | K | T | | | | | |
| 65. Catepillar | B | Dividend | K | T | Buy (add'l) | 03/24/09 | J | | |
| 66. Chevron | B | Dividend | K | T | | | | | |
| 67. Cisco | A | Dividend | J | T | | | | | |
| 68. Coca Cola | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A –$1,000 or less    B –$1,001 - $2,500    C – $2,501 - $5,000    D –$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 - $1,000,001 - $5,000,000    H2 –More than $5,000,000
2. Value Codes    J –$15,000 or less    K =$15,001 - $50,000    L -$50,001 - $100,000    M –$100,001 - $250,000
(See Columns C1 and D3)    N –$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 –$5,000,001 - $25,000,000
   P3 –$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q –Appraisal    R –Cost (Real Estate Only)    S –Assessment    T =Cash Market
(See Column C2)    U =Book Value    V –Other    W –Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Comcast | A | Dividend | J | T | | | | | |
| 70. Conoco | B | Dividend | K | T | Buy (add'l) | 03/24/09 | J | | |
| 71. Du Pont | A | Dividend | K | T | | | | | |
| 72. General Electric | A | Dividend | K | T | | | | | |
| 73. Hewlett Packard | A | Dividend | J | T | | | | | |
| 74. Intel | B | Dividend | K | T | | | | | |
| 75. IBM | B | Dividend | L | T | | | | | |
| 76. Johnson & Johnson | B | Dividend | K | T | Buy (add'l) | 03/24/09 | J | | |
| 77. Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 78. Microsoft | A | Dividend | K | T | | | | | |
| 79. Proctor & Gamble | A | Dividend | J | T | Buy (add'l) | 03/24/09 | J | | |
| 80. Sempra Energy | A | Dividend | K | T | | | | | |
| 81. Target | A | Dividend | J | T | | | | | |
| 82. Walt Disney | A | Dividend | K | T | | | | | |
| 83. Yum Brands | A | Dividend | J | T | | | | | |
| 84. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 85. BofA 1.10% 4/01/10 | A | Int./Div. | K | T | Buy | 03/24/09 | K | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CORTS - BMY Squibb 8-1-97 (KNR) | B | Dividend | J | T | | | | | |
| 87. GE Capital Sr. Notes 2/18/33 (GED) | B | Dividend | K | T | | | | | |
| 88. GE Capital PINES 6/28/32 (GEA) | B | Dividend | K | T | | | | | |
| 89. GECC 6.1% PINES 11/15/32 (GEC) | B | Dividend | K | T | | | | | |
| 90. Georgia Power Sr. Notes 1/15/45 (GAH) | B | Dividend | K | T | | | | | |
| 91. Morgan Stanley 6.45% Pfd 4/15/67 (MSK) | B | Dividend | K | T | | | | | |
| 92. SATURNS GE 6% Pfd 3/15/32 (DKC) | B | Dividend | K | T | | | | | |
| 93. Wachovia 6.375% Pfd 6/1/67 | B | Dividend | K | T | | | | | |
| 94. Wells Fargo Capital 6.25% 6/15/67 (FWF) | B | Dividend | K | T | | | | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 19. Eagle Muni Cash Trust was formerly known as Heritage Cash Trust Municipal.

Line 26. Eagle Muni Cash Trust was formerly known as Heritage Cash Trust Municipal.

Line 57. Franklin Income Fund, Column B.(2) was incorrectly listed as "Distribution" in 2008.

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544